UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>TYRA MABON,<br><br>   Defendant. | Case No.  19-cr-00464-JSW-2<br><br>**ORDER TO SHOW CAUSE RE: SEALING OF MOTION FOR SENTENCE REDUCTION** |

The Court has received a Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) which contains potentially sensitive information regarding the Defendant's personal history.  The Court ORDERS the Defendant to show cause regarding why the Court should not approve the document's filing on the public docket.  Defendant shall respond indicating whether she wishes the motion to be filed under seal and setting forth reasons in support.  Defendant's response is due no later than November 27, 2023.

The Clerk of Court is directed to conditionally file the motion under seal, pending discharge of the Order to Show Cause.

**IT IS SO ORDERED.**

Dated:  November 9, 2023

_____
JEFFREY S. WHITE
United States District Judge