UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYRA MABON,<br><br>Defendant. | Case No. 19-cr-00464-JSW-2<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH ORDER TO SUBMIT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 197, 200 |

On December 14, 2023, the Court referred this matter to the Office of the Federal Public Defender for purposes of addressing Defendant Tyra Mabon's Motion for Sentence Reduction Under 18 U.S.C. § 3852(c)(1)(A) (Compassionate Release). As part of that order, the Court ordered the parties to file a joint status report or proposed briefing schedule within one week after appointment of counsel.

On December 18, 2023, the Court relieved the Office of the Federal Public Defender as counsel for Ms. Mabon on the basis of a conflict. (Dkt. No. 200.) In that order, the Court stated, in bold: "Per Dkt. No. 197, the parties shall submit a proposed briefing schedule re: Defendant's Compassionate Release Motion (Dkt. No. 193) within one (1) week of appointment of new counsel."

Attorney Dena Young entered her appearance on behalf of Ms. Mabon on January 2, 2024. On January 4, 2024, this Court ordered that Attorney Young is appointed to represent Ms. Mabon for purposes of "filing a motion for reduction of sentence under the retroactive provisions of Amendment 821 and to pursue the defendant's motion for compassionate release under the First Step Act." (Dkt. No. 203.)

The parties' joint status report and proposed briefing schedule were due one week later,

January 11, 2024.  No joint status report or proposed briefing schedule has been filed, and the parties have not requested relief from the Court.

Attorney Young and Special Assistant United States Attorney Adam Barkl are HEREBY ORDERED TO SHOW CAUSE why sanctions should not be imposed for failure to timely submit a joint status report and proposed briefing schedule per Dkt. Nos. 197 and 200.  Counsel must respond no later than Monday, January 22, 2024, at 10:00 a.m.

The Court will construe the filing of a joint status report and proposed briefing schedule by January 22, 2024 at 10:00 to be a response to this Order to Show Cause.

**IT IS SO ORDERED.**

Dated: January 19, 2024

_____
JEFFREY S. WHITE
United States District Judge